**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARCUS RUSHING,

Plaintiff,

v.

WEST ST. PAUL POLICE DEPARTMENT; ISABELLE LALOR, *Officer, Badge #24R45, in her individual and official capacities*; and OTHER TBD OFFICERS, *in their individual and official capacities*,

Defendants.

Case No. 26-cv-1846 (LMP/ECW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the August 20, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright, which recommends dismissing this action for failure to prosecute under Fed. R. Civ. P. 41(b). *See* ECF No. 9. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 9) is **ADOPTED IN FULL**.
2. The complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

3. All pending motions and applications (ECF Nos. 2, 4, and 5) are **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 11, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge